MAYER J. KOBRIN, appellant,

*v.*

GEORGE I. HULL et al., respondent.

On appeal from a decree or order of the court of chancery advised by Vice-Chancellor Backes, whose opinion is reported in *96 N. J. Eq. 41.*

*Mr. Milton M. Unger,* for the appellant.

*Messrs. Rosenkrans & Rosenkrans,* for the respondent.

PER CURIAM.

The decree order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, CLARK, McGLENNON, KAYS, JJ.   15.

*For reversal*—None.